# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER CALDWELL,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **NO. 22-2072** |
| **PENNSYLVANIA DEPARTMENT OF** : | |
| **CORRECTIONS, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 14th day of May, 2025, upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' Response, and Defendants' Reply, it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Defendants Chief Grievance Coordinator Keri Moore, Chief Grievance Coordinator Dorina Varner, Superintendent at S.C.I. Phoenix K. Jamie Sorber, Major Gina Clark, Facility Grievance Coordinator Gina Orlando, Correctional Officer Lt. M.T. Taylor, Correctional Officer Lt. Patterson, and Correctional Officer Sgt. Matasavage.

BY THE COURT:

　/s/ Mitchell S. Goldberg　
**MITCHELL S. GOLDBERG, J.**